**Order filed June 25, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00775-CR
_____

**JOHN WOODS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1331540**

---

### ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 1, a 911 tape.**

The clerk of the 228th District Court is directed to deliver to the Clerk of this court the original of **State's Exhibit 1, a 911 tape**, on or before **July 05, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **State's Exhibit 1, a 911 tape**, to the clerk of the 228th District Court.

PER CURIAM